**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Kenneth Paul Rutledge and Chrissy Marie Rutledge,
Respondents,

v.

Thomas Colt Golden and Holly Elizabeth Sisk,
Defendants,

Of whom Holly Elizabeth Sisk is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2023-000792

———————

Appeal From Anderson County
Karen F. Ballenger, Family Court Judge

———————

Unpublished Opinion No. 2023-UP-350
Submitted October 19, 2023 – Filed October 23, 2023

———————

**AFFIRMED**

———————

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville, for Appellant.

Sarah Ganss Drawdy, of Byrholdt Drawdy, LLC, and Ashlea Morgan White, of White, Davis & White Law Firm, PA, both of Anderson, for Respondents.

Samantha Paula Nelson, of Samantha P. Nelson Attorney
at Law LLC, of Anderson, as the Guardian ad Litem.

**PER CURIAM:** Holly Elizabeth Sisk appeals the family court's final order terminating her parental rights to her minor child and granting the child's adoption. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Sisk's counsel.

**AFFIRMED.**[1]

**MCDONALD and VINSON, JJ., and BROMELL HOLMES, A.J., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.